SULAIMAN LAW GROUP, LTD.
Bobby C. Walker, Esq. (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHECCHIA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL NETWORK, INC.,<br><br>Defendant. | Case No. 8:23-cv-00311-FWS-JDE<br><br>**PROPOSED ORDER ON MOTION FOR ENTRY OF DEFAULT**<br><br>Date:   May 4, 2023<br>Time:   10:00 A.M.<br>Judge:  Hon. Fred W. Slaughter<br>Location: Courtroom 10D<br>             411 West 4th Street, Room 1053<br>             Santa Ana, CA 92701 |

Plaintiff, Steven M. Checchia, by and through his attorneys, having filed with this Court his Motion for Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, American Financial Network, Inc.

Dated: _____          _____

Judge, U.S. District Court

1