SULAIMAN LAW GROUP, LTD.
Bobby C. Walker, Esq. (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN M. CHECCHIA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL NETWORK, INC.,<br><br>Defendant. | **Case No.** 8:23-cv-00311-FWS-JDE<br><br>AFFIDAVIT FOR ENTRY OF DEFAULT<br><br>Date:     May 4, 2023<br>Time:    10:00 A.M.<br>Judge:   Hon. Fred W. Slaughter<br>Location: Courtroom 10D<br>        411 West 4th Street, Room 1053<br>        Santa Ana, CA 92701 |

1. I am the attorney for Plaintiff, Steven M. Checchia, in the case captioned above.

2. On March 6, 2023, Adrian Herrera, a process server, served American Financial Network, Inc. ("Defendant"), with a copy of the Summons and Complaint. [Dkt No. 10].

3. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has Defendant sought an extension.

1

4. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

5. To the best of my knowledge, Defendant is not an infant, not in the military, and not an incompetent person.

<u>/s/ Bobby C. Walker</u><br>
Bobby C. Walker, Esq.<br>
*Counsel for Plaintiff*